**Order entered August 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00962-CV

### IN THE INTEREST OF S. B., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52424-2016**

## ORDER

Before the Court is the August 23, 2019 request of Stephanie Hunn, Official Court Reporter for the 469th Judicial District Court, for an extension of time to file the reporter's record. The Court has questioned its jurisdiction over this appeal and has requested the parties file letter briefs addressing its concern. Accordingly, we **GRANT** Ms. Hunn's request **to the extent** the Court **SUSPENDS** the deadline for the reporter's record pending resolution of the jurisdictional issue. If the Court determines it has jurisdiction over this appeal, the Court will set a new deadline for the reporter's record.

/s/     ERIN A. NOWELL
        JUSTICE